

United States District Court
Eastern District of California

| Providence Publications, LLC |
|---|
| Plaintiff(s) |

Case Number: 1:24-cv-109

V.

| Hub International Insurance Services, Inc. |
|---|
| Defendant(s) |

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Robert L. Powley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Providence Publications, LLC

On 02/03/1992 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/27/2024          Signature of Applicant: /s/ Robert L. Powley

**Pro Hac Vice Attorney**

Applicant's Name: Robert L. Powley
Law Firm Name: Powley & Gibson, P.C.
Address: 60 Hudson Street
Suite 2203
City: New York   State: NY   Zip: 10013
Phone Number w/Area Code: (212) 226-5054
City and State of Residence: New York, New York
Primary E-mail Address: rlpowley@powleygibson.com
Secondary E-mail Address: trademarks@powleygibson.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Christopher D. Henderson.
Law Firm Name: LAW OFFICES OF CHRISTOPHER D. HENDERSON
Address: 3780 Kilroy Airport Way, Suite 200
City: Long Beach   State: CA   Zip: 90806
Phone Number w/Area Code: (562) 256-7045   Bar #: 338849

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 28, 2024

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT