UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PROVIDENCE PUBLICATIONS, LLC, a California limited liability company,

Plaintiff,

v.

HUB INTERNATIONAL INSURANCE SERVICES INC., a California corporation d/b/a HUB INTERNATIONAL FRESNO,

Defendant.

Case No. 1:24-cv-00109-KES-FJS

ORDER RE: DECLARATION RE STIPULATED MOTION TO MODIFY SCHEDULING CONFERENCE ORDER

(ECF No. 62)

On August 7, 2026, the parties appeared telephonically for a status conference. (ECF No. 61.) At the status conference, the court evaluated the parties' proposed modifications (ECF Nos. 54, 57) to the court's February 2025, scheduling order (ECF No. 49). Based on the good faith representation of the parties, the court ordered the parties to file an amended stipulation to modify the scheduling order no later than August 21, 2026. (ECF No. 61.)

On August 21, 2026, the parties submitted a joint declaration requesting additional time to negotiate modifications to the court's scheduling order and propose specific deadlines. (*Id.* at 3.) The parties now seek until September 4, 2026, to solidify their proposal and submit their amended stipulation to modify the court's scheduling order.

Under Local Rule 144(a), requests for extensions of time must generally be approved by the court. L.R. 144(a). Local Rule 144(d) further provides:

> Counsel shall seek to obtain a necessary extension of time from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent. Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor.

L.R. 144(d).

The court is concerned that the instant request for an extension of time is part of a larger pattern of prolonging this case. The initial motion for modification of the scheduling order (ECF No. 54) was filed months after many of the discovery deadlines had already lapsed, despite little discovery having been conducted. Nevertheless, the court accommodated the parties' motion while reminding the parties of the importance of complying with the court's deadlines as they are set. *See Hunt v. County of Orange*, 672 F.3d 606, 616 (9th Cir. 2012) (explaining that district courts have broad discretion to manage discovery and control the course of litigation). Therefore, the instant request for an extension of time, filed on the date that the amended stipulation was due, is somewhat worrisome.

That being said, the extension sought is not far-reaching and the court recognizes and appreciates that the parties have worked cooperatively. Therefore, the court GRANTS the parties' request for an extension of time. Accordingly, the parties are ORDERED to file their amended stipulation to modify the scheduling order by September 4, 2026. No further extensions of this deadline will be granted absent exceptionally good cause.

IT IS SO ORDERED.

Dated: **August 28, 2026**

UNITED STATES MAGISTRATE JUDGE