UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDENCE PUBLICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUB INTERNATIONAL INSURANCE SERVICES INC.,<br><br>Defendants. | Case No. 1:24-CV-00109-KES-FJS<br><br>ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 64) |

TO THE COURT, ALL PARTIES, AND RESPECTIVE COUNSEL OF RECORD:

Plaintiff PROVIDENCE PUBLICATIONS, LLC ("**Providence**") and Defendant HUB INTERNATIONAL INSURANCE SERVICES, INC. ("**HUB**") jointly file this Stipulated Motion to Modify the Scheduling Order (ECF 49), pursuant to Local Rule 144.

Good cause exists for the requested extension. The parties have exchanged initial written discovery, but fact discovery is not complete. Lead trial counsel for the respective parties have had competing trials and informally agreed to cooperate to accommodate those competing calendars, to hold pending discovery and disputes in abeyance, and to confer and stipulate to a revised trial schedule in this matter. The parties desire to explore the possibility of early resolution through informal and formal means as soon as practicable, and to avoid expending time

and resources on further formal fact and expert discovery, and law and motion work.

Preceding this Stipulated Motion was HUB's motion to modify the scheduling order. ECF 54. Thereafter, Providence and HUB submitted a stipulation to modify the scheduling order which was intended to obtain the same relief and otherwise render HUB's motion moot. ECF 57. In response to HUB's motion and the parties' stipulation, the Court set a status conference in lieu of hearing HUB's motion and/or granting the parties' stipulation.

The status conference was held on August 7, 2026. During the status conference the parties candidly discussed the status of the case, their cooperation in negotiating pending discovery, a stand down to accommodate counsel, and desire to pursue early resolution. Counsel for HUB also informed the Court that Counsel would be engaged in trial beginning August 17, 2026, and with an estimated length of trial of forty-five days. As such, the amendments requested in HUB's motion and the parties' subsequent stipulation had become stale since filing. The parties proposed conferring on a revised stipulation with dates to submit for the Court's approval.

Based upon the good faith representations and cooperation of the parties including at the time of the status conference, the Court granted the parties relief in the form of order the parties to submit a new stipulated motion to modify the scheduling order within two weeks. ECF 61.

The parties' negotiation of revised dates took longer than anticipated resulting in the parties submitting a joint declaration requesting until September 4, 2026 to submit a revised stipulation. ECF 62. The Court granted this relief on August 28, 2026. ECF 63.

In compliance with the Court's orders to submit a stipulated motion to modify the scheduling order, the parties hereby respectfully submit the following proposed deadlines subject to the Court's approval:

| **No.** | **Description** | **Deadline** |
|---|---|---|
| 1. | Providence's Expert Report(s) | February 15, 2027 |
| 2. | HUB's Initial and Rebuttal Expert Report(s) | March 15, 2027 |
| 3. | Providence's Rebuttal Expert Report(s) | April 12, 2027 |

| | | |
|---|---|---|
| 4. | Fact and Expert Discovery Cutoff | June 7, 2027 |
| 5. | Dispositive Motion Filing Deadline | July 12, 2027 |
| 6. | Pre-Trial Conference | December 13, 2027 |
| 7. | Trial | February 14, 2028 |

Respectfully submitted,

Dated: September 8, 2026

TROYGOULD PC

By: */s/ John C. Ulin*
JOHN C. ULIN, ESQ.
Attorneys for Plaintiff
PROVIDENCE PUBLICATIONS, LLC

Dated: September 8, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Craig J. Mariam*
CRAIG J. MARIAM
JOSHUA D. BRADUS
NICHOLAS M. SIAMAS
Attorneys for Defendant
HUB INTERNATIONAL INSURANCE SERVICES INC. d/b/a
HUB INTERNATIONAL FRESNO

ORDER

After consideration of the parties' stipulation to modify the scheduling order (ECF No. 64), as well as relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that the scheduling order be modified as follows:

(1) Plaintiff's expert reports shall be due by February 15, 2027.

(2) Defendant's initial and rebuttal expert reports shall be due by March 15, 2027.

(3) Plaintiff's rebuttal expert reports shall be due by April 12, 2027.

(4) All fact and expert discovery shall be due by June 7, 2027.

(5) Any dispositive motions shall be filed no later than July 12, 2027.

(6) The Parties' pre-trial conference shall be continued from November 9, 2026, to December 13, 2027, at 1:30 PM in Courtroom 6 (KES) before District Judge Kirk E. Sherriff; and

(7) The Parties' trial date shall be continued from February 9, 2027, to February 15, 2028, at 8:30 AM in Courtroom 6 (KES) before District Judge Kirk E. Sherriff.

This order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case. The trial date reserved is specifically reserved for this case. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference. The dates set in this Order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation. Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate, attached exhibits, which establish good cause for granting the relief requested. The failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **September 8, 2026**

UNITED STATES MAGISTRATE JUDGE